PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 1:01CR05358-01 AWI** |
| ) | |
| **TERRI YVONNE LEWIS**  ) | |
| ) | |

On August 4, 2003, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision. The Government is in agreement with this recommendation.

Respectfully submitted,

**HUBERT J. ALVAREZ
Senior United States Probation Officer**

Dated:   March 24, 2006
             Fresno, California
             HJA/mb

**REVIEWED BY:** _____

**BRUCE A. VASQUEZ
Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   TERRI YVONNE LEWIS**
    **Docket Number:   1:01CR0558-01 AWI**
    **ORDER TERMINATING SUPERVISED RELEASE**
    <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised release be discharged from , and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>April 10, 2006</u>**           <u>        /s/ Anthony W. Ishii        </u>
0m8i78                                     UNITED STATES DISTRICT JUDGE